IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Campbell, Lester

Printed: 1/8/08

Case Number: 07 B 11509
Judge: Hollis, Pamela S
Filed: 6/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 26, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | United Mortgage & Loan Investment Corp | Secured | 0.00 | 0.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 5. | Regional Acceptance | Secured | 0.00 | 0.00 |
| 6. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 7. | United Mortgage & Loan Investment Corp | Secured | 7,183.04 | 0.00 |
| 8. | New Century Mortgage | Secured | 4,500.00 | 0.00 |
| 9. | Wilshire Credit Corp | Secured | 6,237.00 | 0.00 |
| 10. | Wilshire Credit Corp | Secured | 2,349.00 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 376.72 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 56.12 | 0.00 |
| 13. | ER Solutions | Unsecured | 41.03 | 0.00 |
| 14. | Capital One | Unsecured | 0.00 | 0.00 |
| 15. | Fremont Investment & Loan | Secured |  | No Claim Filed |
| 16. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 17. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 18. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 19. | Hsbc Nv | Unsecured |  | No Claim Filed |
| 20. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 21. | HSBC Auto Finance | Unsecured |  | No Claim Filed |
| 22. | HFC Nevada | Unsecured |  | No Claim Filed |
| 23. | Sherman Acquisition | Unsecured |  | No Claim Filed |
| 24. | Medical Collections | Unsecured |  | No Claim Filed |
| 25. | American Collections & Credit | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Campbell, Lester

Printed: 1/8/08

Case Number: 07 B 11509
Judge: Hollis, Pamela S
Filed: 6/27/07

| | | | | |
|---|---|---|---|---|
| 26. | Cache Inc | Unsecured | | No Claim Filed |
| 27. | Citi Cards | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,742.91 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees
                  _____
                  $ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_